AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Wilmer Josiel Cruz-Ramos<br><br>*Defendant(s)* | **SEALED**<br><br>Case No. 3:25-mj-00037 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 11, 2025** in the county of **Multnomah** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Fentanyl, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See the attached affidavit of HSI Special Agent Clay Othic, which is incoporated herein

☑ Continued on the attached sheet.

/s/ Clay Othic via Telephone
*Complainant's signature*

Clay Othic, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **4:25** a̶.̶m̶./p.m.

Date: 02/12/2025

Jolie A. Russo
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*